Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE BADERE, individually and on behalf of all others similarly situated, Plaintiff, vs. FORD MOTOR CREDIT COMPANY LLC, and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. 2:21-cv-04882-DMG-RAO **NOTICE OF SETTLEMENT** |

    NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: October 26, 2021    **Law Offices of Todd M. Friedman, P.C.**

                                  By: s/ Adrian R. Bacon
                                      Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on October 26, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on October 26, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
   Adrian R. Bacon