**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIPPE BADERE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR CREDIT COMPANY LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. CV 21-4882-DMG (RAOx) <br><br> **ORDER RE DISMISSAL OF ACTION [22]** |

   IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, the above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

DATED:  December 22, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE